## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **ROBERT HUTCHISON** | § | |
| **(McLennan County #104003)** | § | |
| | § | |
| **V.** | § | **W-22-CA-601-ADA** |
| | § | |
| **OFFICER ATKINSON, et al.** | § | |

### FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Orders which granted Defendants' Motions to Dismiss and Motion for Summary Judgment, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is hereby **ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE.**

**IT IS FINALLY ORDERED** that the above entitled cause of action is hereby **CLOSED**.

**SIGNED** on August 30, 2023

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE